IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MELENDEZ, | No. C 08-4670 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| B. CURRY, Warden, | |
| Respondent. / | |

This pro se habeas action was filed on October 9, 2008. On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December    1   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\MELENDEZ4670.DSM.wpd.